# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Martin Patino-Alvarez,<br>A216 384 914<br>*Defendant* | Case No. 18-7185MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 15, 2018, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Jacob A. Carpenter
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 16, 2018

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On or about May 15, 2018, Martin Patino-Alvarez, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 21, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about May 15, 2018, at or near Casa Grande, in the District of Arizona, Martin Patino-Alvarez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Jacob A. Carpenter, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 15, 2018, Border Patrol Agent C. Halaby encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Martin Patino-Alvarez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Patino-Alvarez was transported to the Casa Grande Border Patrol Station for further processing. Patino-Alvarez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Martin Patino-Alvarez to be a citizen of Mexico and a previously deported alien. Patino-Alvarez was removed from the United States to Mexico through Nogales, Arizona, on or about April 21, 2018, pursuant to a removal order issued by an immigration official. There is no record of Martin Patino-Alvarez in any Department of Homeland Security database to suggest that he obtained

permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Martin Patino-Alvarez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Patino-Alvarez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Martin Patino-Alvarez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Patino-Alvarez's immigration history was matched to him by electronic fingerprint comparison.

5. On May 16, 2018, Martin Patino-Alvarez was advised of his constitutional rights. Patino-Alvarez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 15, 2018, Martin Patino-Alvarez, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Nogales, Arizona, on or about April 21, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about May 15, 2018, at or near Casa Grande, in the District of Arizona, Martin Patino-Alvarez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Jacob A. Carpenter
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 16th day of May, 2018.

_____
Bridget S. Bade
United States Magistrate Judge