# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-07185MJ |
| Plaintiff, | **ORDER** |
| v. | |
| Martin Patino-Alvarez, | |
| Defendant. | |

The Court has considered the United States' Unopposed Motion to Dismiss (Doc. 12) and good cause appearing,

**IT IS ORDERED** the complaint in this matter, as to this defendant, is dismissed without prejudice. Any further hearings or deadlines are **VACATED**. The Defendant is to be released as to this matter only.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

Dated this 7th day of June, 2018.

_____
Bridget S. Bade
United States Magistrate Judge